IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| THOMAS MCMILLAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | NO. 5:11-CV-413 (CAR) |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| | : | SOCIAL SECURITY APPEAL |
| Defendant. | : | |
| | : | |

## RECOMMENDATION

THIS MATTER is before the Court upon the unopposed motion of Defendant to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). Doc. 11. Upon consideration of the motion, it is **RECOMMENDED** that the decision of the Commissioner be **REVERSED** under sentence four of 42 U.S.C. § 405(g) and that this case be **REMANDED** to the Commissioner of Social Security for the Administrative Law Judge to:

- further evaluate the treating and examining source opinions, state with particularity the weight given to each opinion, and explain the weight given to each opinion;

- further evaluate, with Vocational Expert (VE) testimony if necessary, whether Plaintiff can perform his past relevant work in accordance with SSR 82-62 and all other applicable laws and regulations, and

- if necessary, obtain VE testimony to determine whether Plaintiff can perform other jobs that exist in significant numbers in the national economy.

The Clerk of Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve

and file written objections to this Recommendation with the district judge to whom this case is assigned WITHIN FOURTEEN (14) DAYS after being served with a copy thereof.

**SO RECOMMENDED**, this 3rd day of April, 2012.

                                                s/ Charles H. Weigle_____
                                                Charles H. Weigle
                                                United States Magistrate Judge