IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| THOMAS MCMILLAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 5:11-CV-413 (CAR) |
| v. | : | |
| | : | SOCIAL SECURITY APPEAL |
| MICHAEL J. ASTRUE, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

### ORDER ON THE RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the United States Magistrate Judge's Report and Recommendation that the decision of the Commissioner be reversed under sentence four of 42 U.S.C. § 405(g) and that this case be remanded to the Commissioner for further action as specifically set forth in the Recommendation. Defendant does not object to the Recommendation. Having reviewed the Report and Recommendation, this Court agrees with the findings and conclusions of the Magistrate Judge. Thus, the Recommendation [Doc. 12] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. As a result, Defendant's unopposed Motion to Remand [Doc. 11] is **GRANTED**, and the Commissioner's decision is **REVERSED and REMANDED** for further proceedings pursuant to "sentence four" of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), in accordance with the Magistrate Judge's Recommendation.

It is **SO ORDERED** this 5th day of April, 2012.

                                          <u>S/   C. Ashley Royal</u>
                                          C. ASHLEY ROYAL, JUDGE
                                          UNITED STATES DISTRICT COURT

SSH